IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. KENNEY,           § <br>     Plaintiff,           § <br> v.           § <br>           § <br> STEVE JOHNSON, Administrator, U.S. § <br> ENVIRONMENTAL PROTECTION AGENCY§ <br>     Defendant.           § | Civil Action No.  1:07CV00116 (PLF) |

**PLAINTIFF'S MOTION FOR WAIVER OF LCvR 5.1(e)(1) ADDRESS IDENTIFICATION DUE TO PLAINTIFF'S EMPLOYMENT IN FEDERAL LAW ENFORCEMENT**

The Clerk filed Plaintiff's *Original Complaint*, but flagged it as non-compliant with LCvR 5.1(e)(1) (residence address to appear in caption of party's initial filing).  Plaintiff had explained there that he lived in West Creek, NJ, but was providing the full address instead for his attorney's office as Plaintiff works in federal law enforcement, as a Deportation Officer within DHS.  Plaintiff hereby formally requests waiver of the local rule, also providing a proposed order.

          Respectfully Submitted,

          SCHLEICHER LAW FIRM, PLLC
          8283 Bosque Blvd.
          Waco, TX 76712
          254-776-3939 telephone
          254-776-4001 fax

BY: _____
          David R. Schleicher
          DC Bar No. 428001
ATTORNEY FOR PLAINTIFF JOSEPH P. KENNEY

CERTIFICATE OF SERVICE: I certify by signature below that, in accordance with applicable rules, a true and correct copy of the foregoing and any enclosures were served this day by 1st-class U.S. mail, certified, RRR on the Defendant, with copy to the Attorney General and U.S. Attorney (such service being made at the same time as and enclosed with the summons and Original Complaint).

_____
David R. Schleicher, Plaintiff's Attorney

          Date of Service:  January 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. KENNEY,<br>  Plaintiff,<br>v.<br><br>STEVE JOHNSON, Administrator, U.S.<br>ENVIRONMENTAL PROTECTION AGENCY<br>  Defendant. | §<br>§<br>§<br>§  Civil Action No. 1:07CV00116 (PLF)<br>§<br>§<br>§ |

**ORDER ON PLAINTIFF'S MOTION FOR WAIVER OF LCvR 5.1(e)(1)**

  Plaintiff's *Original Complaint* was flagged by the Clerk as non-compliant with LCvR 5.1(e)(1), which requires a party's initial filing to identify its full residence address in the caption. Plaintiff's *Original Complaint* instead identified his attorney's address, explaining that Plaintiff resided in West Creek, NJ but wished to avoid disclosing his full address because of his work in federal law enforcement within the Department of Homeland Security. Having reviewed the motion now made by Plaintiff for waiver of that local rule, any opposition filed in response, and the applicable law, the Court finds the motion to have merit and so is granting it.

  It is therefore ORDERED that LCvR 5.1 is WAIVED insofar as it otherwise would require Plaintiff to identify his home address in the caption of his *Original Complaint* or other pleadings.


Signed this _____ day of _____, 2007.


                        _____
                        U.S. District Court Judge Paul L. Friedman