AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSEPH P. KENNEY

plaintiff

V.

STEVE JOHNSON, Administrator,
U.S. ENVIRONMENTAL PROTECTION
AGENCY

defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00116

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 01/17/2007

CASE

TO: (Name and address of Defendant)

~~[redacted] ENVIRONMENTAL PROTECTION AGENCY~~
~~Washington, DC 20460;~~
(2) The Hon. Alberto Gonzales/Attorney General/U.S. Dept. of Justice/950 Pennsylvania Ave., NW/Washington, DC 20530;
~~[redacted]~~

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David R. Schleicher/Schleicher Law Firm, PLLC
8283 Bosque Blvd./Waco, TX 76712

Michael J. Coster/Michael Coster, PC
6830 Elm Street
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 17 2007

CLERK                                       DATE

_/s/ [signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-23-2007 |

| NAME OF SERVER (PRINT) David Schlueter | TITLE Attorney for Plaintiff |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _by first-class mail, certified, w/ return receipt_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  4.25 postage | TOTAL  $4.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-23-2007__   _[signature]_
　　　　　　　　Date　　　　　　Signature of Server

Schlueter Law Firm, PLLC
8283 Bosque Blvd.
　　Address of Server
Waco, TX 76712

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSEPH P. KENNEY

plaintiff

V.

STEVE JOHNSON, Administrator,
U.S. ENVIRONMENTAL PROTECTION
AGENCY

defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00116

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 01/17/2007

TO: (Name and address of Defendant)

~~(1) STEVE JOHNSON, Administrator, U.S. ENVIRONMENTAL PROTECTION AGENCY~~
~~(2) ~~
~~ ~~

(3) The Hon. Jeffrey A. Taylor/U.S. Attorney for the District of Columbia/
ATTN: Civil Process Clerk/555 Fourth Street, NW/Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David R. Schleicher/Schleicher Law Firm, PLLC
8283 Bosque Blvd./Waco, TX 76712

Michael J. Coster/Michael Coster, PC
6830 Elm Street
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 17 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/23/2007 |
| NAME OF SERVER (PRINT) David Schleicher | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by first-class mail, certified, w/ return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 9.25 postage | $9.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-23-2007
           Date

Signature of Server

Schleicher Law Firm, PLLC
8283 Bosque Blvd.
Waco, TX 76712
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSEPH P. KENNEY

plaintiff

V.

STEVE JOHNSON, Administrator,
U.S. ENVIRONMENTAL PROTECTION
AGENCY

defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00116

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 01/17/2007

TO: (Name and address of Defendant)

STEVE JOHNSON, Administrator, U.S. ENVIRONMENTAL PROTECTION AGENCY
(1) 1200 Pennsylvania Ave., N.W./Washington, DC 20460;

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David R. Schleicher/Schleicher Law Firm, PLLC
8283 Bosque Blvd./Waco, TX 76712

Michael J. Coster/Michael Coster, PC
6830 Elm Street
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JAN 17 2007
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1-23-2007 |
| NAME OF SERVER *(PRINT)* David S. Walker | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by first class mail, certified, return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 4.25 postage | TOTAL 4.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-23-2007
Date

Signature of Server

Schleicher Law Firm PLLC
8283 Bosque Blvd.
Waco, TX 76712
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.