UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. KENNY, <br><br> Plaintiff, <br><br> v. <br><br> STEVE JOHNSON, <br> Administrator, <br> U.S. Environmental Protection Agency, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 07-116 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S ANSWER**

Defendant, identified in Plaintiff's Complaint as Steve Johnson, Administrator, U.S. Environmental Protection Agency, by and through undersigned counsel, hereby answers Plaintiff's Complaint as follows:

FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

SECOND DEFENSE

The Complaint is or may be barred by the applicable statute of limitations.

THIRD DEFENSE

To the extent any monetary damages in the form of back pay may be determined to be awarded to Plaintiff, Defendant is entitled to an offset for any benefits paid to the Plaintiff by any agency of the United States or through any agency which receives funds from the United States.

## FOURTH DEFENSE

Defendant reserves the right to amend its Answer should facts learned in discovery so warrant. Defendant also reserve the right to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 89(c).

## FIFTH DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly and specifically admitted. Defendant responds to the separately numbered paragraphs and prayers for relief as follows:

1. These paragraphs contain Plaintiff's characterization of this action to which no answer is required, but insofar as an answer may be deemed required, denied.

2. Defendant admits the allegations in Paragraphs 2.1.1, 2.1.2, and 2.1.3.

3. Paragraphs 3.1 and 3.2 contain legal conclusions to which no response is required.

4. In response to Paragraph 4.1, Defendant states that he lacks knowledge or information sufficient to form a belief as to Plaintiff's residence, and on that basis, Defendant denies same.

5. In response to Paragraph 4.2, Defendant states that he is the EPA Administrator, and the proper Defendant to be named in civil actions alleging discrimination in the workplace. Defendant denies the remaining allegations Paragraph 4.2.

6. The allegations in Paragraph 5.1 contain legal conclusions, to which no responsive pleading is required. To the extent that a response is required, Defendant denies the allegations in Paragraph 5.1.

7. The allegations in Paragraph 5.2 contain legal conclusions, to which no responsive pleading is required. To the extent that a response is required, Defendant denies the allegations in Paragraph 5.2.

8. Defendant admits the allegations in Paragraph 5.3.

9. Paragraph 5.4. contains a legal conclusion, to which no response is required.

10. In response to Paragraph 5.5, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on this basis, Defendant denies same.

11. Defendant admits the allegations in Paragraphs 6.1.1 and 6.1.2.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraphs 6.1.3, 6.1.3.1, and 6.1.3.2. On that basis, Defendant denies same.

13. Defendant denies the allegations in Paragraph 6.1.4.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.1.5, and on that basis, Defendant denies same.

15. Paragraph 6.1.6 contains Plaintiff's characterization of this action and his legal conclusions, to which no answer is required. Insofar as an answer may be deemed required, the allegations are denied.

16. Defendant denies Paragraph 6.2.

17. Paragraph 6.2.1 contains a legal conclusion to which no response is required.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 6.2.2, and on that basis, Defendant denies same.

19. Defendant denies the allegations in Paragraph 6.2.3.

20. Defendant denies the allegations in Paragraph 6.2.4.

21. Defendant admits that Plaintiff was at least 40 years of age at the time of applying for the position at issue. Defendant also admits that some of the applicants selected under Vacancy Announcement No. HQ-OARM-OT-2002-0025 were under the age of 40. Defendant denies the remaining allegations in Paragraph 6.3, including those in Paragraphs 6.3.1, 6.3.2, and 6.3.3.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in 6.4, 6.4.1, and 6.4.2, and on that basis, denies same. Defendant denies the allegations in Paragraphs 6.4.3 and 6.4.4.

23. Defendant denies all of the allegations in Paragraphs 7, and alleges that Plaintiff is not entitled to any relief whatsoever. Defendant further avers that any award of compensatory or "special" damages would be subject to and limited by 42 U.S.C. §1981a, and that no such damages or interest may be recovered under the Age Discrimination in Employment Act.

24. Paragraph 8 requires no response, but Defendant avers that trial by jury is not permitted under the Age Discrimination in Employment Act.

25. In response to paragraph 9, Defendant denies that Plaintiff is entitled to any relief, and asks the Court to dismiss Plaintiff's Complaint with prejudice.

WHEREFORE, having fully answered, Defendant respectfully requests that this action be dismissed and that the Court grant such other relief as it deems appropriate.

Dated: March 26, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

    I hereby certify that on this __26th__ day of March, 2007, I caused the foregoing **Defendant's Answer** to be served on plaintiff, postage prepaid, addressed as follows:

>Schleicher Law Firm
>8283 Bosque Blvd.
>Waco, TX 76712
>
>Michael J. Coster
>6830 Elm Street
>McLean, VA 22101

                        /s/
                        ALEXANDER D. SHOAIBI
                        Assistant United States Attorney