IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH P. KENNEY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No.:   1:07-CV-116 (PLF) |
| STEVE JOHNSON, ADMINISTRATOR | § | |
| U.S. EPA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S AGREED MOTION FOR
ADMISSION *PRO HAC VICE* OF MICHAEL J. COSTER**

Plaintiff's attorney David Schleicher, already admitted to practice before this Court, motions

pursuant to LCvR 83.2(d) for the *pro hac vice* admission of Michael J. Coster, of Michael Coster,

PC (McLean, Virginia), to appear as co-counsel in this case.  Mr. Coster's declaration is Exhibit A.

CERTIFICATE OF CONFERENCE:   AGREED

I, David Schleicher, attorney for Plaintiff, certify by my

signature below that I received an April 23, 2007, 4:10 p.m. e-mail

from AUSA Alexander Shoaibi, attorney for the Defendant, stating

that this motion could be filed as an agreed motion.

Respectfully submitted,

SCHLEICHER LAW FIRM, PLLC
8283 Bosque Blvd.
Waco, TX 76712
254-776-3939 telephone
254-776-4001 fax

BY: _____
David R. Schleicher
U.S. District Court for D.C.  Bar No. 428001
ATTORNEY FOR PLAINTIFF JOSEPH P. KENNEY

## CERTIFICATE OF SERVICE

I certify by signature below that, in accordance with applicable rules, a true and correct copy of the foregoing and any attachments were served this day via electronic ECF filing on the Defendant.

Date of Service:  April 24, 2007

David R. Schleicher, Attorney for Plaintiff Kenney

DECLARATION

On this <u>April 23, 2007</u>, I, Michael J. Coster, declare the following to be true and correct,

under penalty of perjury of the laws of the United States of America, in support of the PLAINTIFF'S

MOTION FOR ADMISSION *PRO HAC VICE*:

(1) The full name of the attorney being proposed for admission *pro hac vice*:

**Michael J. Coster.**

(2) This attorney's office address and telephone number:

**Michael Coster, PC**
**6830 Elm Street**
**McLean, VA 22101**
**Tel. (703) 740-9170**
**Fax (703) 740-9171**

**(3)** A list of all bars to which the attorney has been admitted:

**Virginia.**

(4) By his signature below, this attorney certifies that **he has not been disciplined by any bar**,

and as such, there are no circumstances and details of the discipline to be disclosed.

(5) The number of times the attorney has been admitted *pro hac vice* in this Court within the last

two years is **NONE.**

(6) Whether the attorney, if the attorney engages in the practice of law from an office located in

the District of Columbia, is a member of the District of Columbia Bar or has an application

pending: **Attorney's sole office is in McLean, Virginia.**

_____
Michael J. Coster
Proposed Admittee

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH P. KENNEY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No.:   1:07-CV-116 (PLF) |
| STEVE JOHNSON, ADMINISTRATOR | § | |
| U.S. EPA, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING AGREED MOTION FOR *PRO HAC VICE* ADMISSION**

The Court this day considered the motion for *pro hac vice* admission and the related

declaration of attorney Michael J. Coster to appear in this cause as co-counsel for Plaintiff

Joseph P. Kenney.   Mr. Coster is joined in representing Plaintiff Kenney by David Schleicher

(Schleicher Law Firm, PLLC), who already is admitted to practice before this Court and has

recommended Mr. Coster's *pro hac vice* admission.  Having considered the motion, the fact that

it is agreed, and the applicable law, the Court finds the motion to have merit and will grant it.

It is therefore ORDERED that the motion is GRANTED and attorney Michael J. Coster

is ADMITTED *pro hac vice* for this case, as co-counsel for Plaintiff Joseph P. Kenney.


Signed this _____ day of _____, 2007.


_____
U.S. District Court Judge