UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. KENNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVE JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0116 (PLF) |

### ORDER

The parties appeared for a meet and confer status conference on April 25, 2007. In view of the parties belief that some of the factual and/or legal issues might be agreed upon or narrowed, the Court ordered the parties to jointly report on any such agreement by July 15, 2007. That date has passed and no report has been filed. Accordingly, it is hereby

ORDERED that the parties shall file a joint report on or before August 25, 2007 describing any agreement they have reached on whether some of the factual and/or legal issues in this matter might be agreed upon or narrowed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 10, 2007