IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. KENNEY,<br><br>    Plaintiff,<br>v.<br><br>STEVE JOHNSON, ADMINISTRATOR<br>    U.S. EPA,<br><br>    Defendant. | § § § § § § § § § §  Civil Action No.:  1:07-CV-116 (PLF) |

## JOINT REPORT ON STIPULATED ISSUES AND FACTS

In compliance with the Court's August 10, 2007 Order (Document 10), the parties have conferred and agreed to the following:

### A. CURRENT ISSUES

Whether, when around April 2002 Plaintiff was not selected for employment by the Defendant, he suffered discrimination in violation of:

1. the Rehabilitation Act (spinal injury/arthritis), or

2. the Age Discrimination in Employment Act (at least age 40), or both.

### B. FACTS[1]

1. The positions for which Plaintiff had applied were advertised as an Outstanding Scholar Announcement, under HQ-OARM-OT-2002-0025, as Criminal Investigator, GS-1811-07.

---

[1] The facts are listed without present stipulation to their relevance or admissibility.

*KENNEY v. JOHNSON*—Joint Stipulations                          Page 1

2. At the time of application, Plaintiff:

   a. was at least 40 years of age, having been born in mid-1961;

   b. had a military-service-connected disability rating of at least 30%;

   c. was employed as a GS-1811-12 Criminal Investigator with the Immigration and Naturalization Service of the U.S. Department of Justice, stationed in Omaha, Nebraska.

3. The person that made the decision to utilize the Outstanding Scholar Program for the Vacancy Announcement at issue was Leo D'Amico.

4. Plaintiff was deemed qualified under the criteria for consideration in the Outstanding Scholar Program.

5. The persons initially selected for the New York vacancies that were among those that Plaintiff had sought all were younger than him.

6. The Defendant contends that it ended up not filling the New Haven, Connecticut vacancies under the announcement at issue.

7. Plaintiff initially pursued his concerns through EEO Counseling, followed this by filing a formal complaint with the EPA, that complaint was rejected by way of a Final Agency Decision, which Plaintiff then appealed to the EEOC Office of Federal Operations. Plaintiff next filed this lawsuit.

8. At the time that Plaintiff was not among those selected for employment:

   a. Mr. Leo D'Amico was the Director of the Office of Criminal Enforcement, Forensics, and Training ("OCEFT"), ES-1811-5, located at EPA headquarters;

    b.    Nick Dean Swanstrom was Director, Criminal Investigation Division ("CID") within OCEFT, ES-1811-4, located at EPA headquarters;

    c.    Charles H. Smith was Lead Personnel Management Specialist, GS-201-14, located at EPA headquarters;

    d.    Ann Green Cherry was Human Resources Specialist, GS-201-13, located at EPA headquarters;

    e.    Doris Preston was Lead Human Resources Specialist, located at EPA headquarters; and

    f.    Steven Howell was Special-Agent-in-Charge, St. Louis Area Office, CID, GS-1811-13.

9.    The functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security (DHS) in March 2003, so that Plaintiff presently is employed by DHS.

Respectfully Submitted,

| | |
|---|---|
| SCHLEICHER LAW FIRM, PLLC<br>8283 Bosque Blvd.<br>Waco, TX 76712<br>254-776-3939 phone<br>254-776-4001 fax<br><br>BY: _____<br>    David R. Schleicher, DC Bar # 428001 | *of counsel:*<br>Michael J. Coster<br>Attorney at Law<br>6830 Elm Street<br>McLean, Virginia 22101<br>703-740-9170 phone<br>703-740-9171 fax<br>(Admitted in VA) |

ATTORNEYS FOR PLAINTIFF JOSEPH P. KENNEY

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI,
D.C. BAR #423587
Assistant United States Attorney

5O1 Third Street, N.W., Rm E-4818
Washington, D.C. 20530
(202) 514-7236

ATTORNEYS FOR DEFENDANT STEVE JOHNSON (EPA)