UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
Joseph Kenney,                              )
                                            )
                     Plaintiff,             )    Civil Action No. 1:07-CV-116 (PLF)
                                            )
v.                                          )
                                            )
Stephen L. Johnson, Administrator,          )
U. S. Environmental Protection Agency;      )    Dated: February 5, 2008
                                            )
                     Defendant.             )
_____)

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

The Plaintiff requests that the Judge hold a status conference in light of the following:

- On December 4, 2007 the parties filed with the Court a copy of their settlement agreement (document 12-2).

- Paragraph 20 of the agreement provided that:

    The payments provided for under paragraph 7(a) shall be delivered as quickly as administratively practicable after the effective date of this Agreement. Time is of the essence as to this Agreement....

- Payment is a precondition to dismissal with prejudice of the action.

- In spite of the passage of 63 days since the filing of the settlement with the Court, payment has not been received.

- Defendant reports that work continues to be done toward payment, but as of today was unable to provide a definitive date for completion.

## CERTIFICATE OF CONFERENCE

On this date, Plaintiff's attorney David Schleicher spoke by phone with Defendant's attorney, AUSA Alexander Shoaibi, who stated that efforts were continuing to arrange for payment. However, he was unable to offer a specific date by which it would be completed, making the filing of this Request necessary.

_____         Date: February 5, 2008
David R. Schleicher, Attorney for Plaintiff

Respectfully Submitted,

| | |
|---|---|
| SCHLEICHER LAW FIRM, PLLC<br>8283 Bosque Blvd.<br>Waco, TX 76712<br>254-776-3939 phone<br>254-776-4001 fax<br><br>BY: _____<br>    David R. Schleicher<br>    DC Bar # 428001 | *of counsel:*<br>Michael J. Coster<br>MICHAEL COSTER, PC<br>6830 Elm Street<br>McLean, Virginia 22101<br>703-740-9170 phone<br>703-740-9171 fax<br>*licensed in VA* |

## CERTIFICATE OF SERVICE

I certify by my signature below that on this date a true and correct copy of the foregoing and any attachments were served in compliance with applicable rules via ECF filing, on Defendant's lead attorney AUSA Alexander Shoaibi.

_____         Date: February 5, 2008
David R. Schleicher, Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph Kenney,<br>       Plaintiff,<br><br>v.<br><br>Stephen L. Johnson, Administrator,<br>U. S. Environmental Protection Agency;<br>       Defendant. | )<br>)<br>)<br>) Civil Action No. 1:07-CV-116 (PLF)<br>)<br>)<br>)<br>) |

**ORDER**

On this day the Court considered the Plaintiff's Request for Status Conference. The parties filed their settlement agreement with the Court on December 4, 2007 (doc. 12-2), providing for payment by Defendant to Plaintiff of an amount "as quickly as administratively practicable..." As of February 5, 2008, Defendant had not made payment and was unable to give a definite date by which it would be completed, leading to the status conference request.

It is therefore ORDERED that the lead attorneys for the parties and any person(s) whose actions are necessary to complete the settlement payment participate in a conference call with the Court on _____ \_\_\_\_**, 2008 at _____ a.m./p.m. Eastern Time.** Plaintiff's attorney shall initiate the call. It is further ORDERED that if payment is completed prior to the call, the parties promptly shall notify the Court of that fact.

  Signed this \_\_\_ day of _____, 2008.

                     _____
                     Paul L. Friedman
                     United States District Court Judge